```
Edward W. Swanson, SBN 159859
SWANSON McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010
```

Attorneys for Defendant ELISA LIPKINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES,<br><br>                    Plaintiff,<br><br>v.<br><br>ELISA LIPKINS,<br><br>                    Defendant. | No. CR 09-0057 VRW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING HEARING**<br><br>Date:  January 29, 2009<br>Time:  2:00 p.m.<br>Court: Hon. Vaughn R. Walker, Ctrm. 6 |
|---|---|

## STIPULATION

Defendant Elisa Lipkins, by and through Edward W. Swanson, and the United States, by and through Assistant United States Attorney Nat Cousins, hereby stipulate and agree as follows:

1)  A status conference is scheduled in the above-captioned matter for January 29, 2009 at 2:00 p.m.

2)  Due to the unavailability of defense counsel on that date and counsel's need to review the discovery recently produced by the government, and to allow the defense to complete an initial investigation into the charges against Ms. Lipkins, the parties agree that the status conference should be continued until February 12, 2009 at 2:00 p.m.

/ / /

/ / /

/ / /

/ / /

1    3)    The parties further agree that time should be excluded until February 12 pursuant
2  to 18 U.S.C. § 3161(h)(8) to allow effective preparation of counsel.  The parties agree that the
3  ends of justice served by this continuance outweigh the best interest of the public and the
4  defendant in a speedy trial.

5    IT IS SO STIPULATED.

6  Dated: January 27, 2009                           /s/
7                                                    Edward W. Swanson
                                                     SWANSON, McNAMARA & HALLER LLP
8                                                    Attorneys for ELISA LIPKINS

9  Dated: January 27, 2009                           /s/
                                                     Nat Cousins
10                                                   Assistant United States Attorney

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  Time is excluded until February 12, 2009 pursuant to 18 U.S.C. § 3161(h)(8) to allow effective preparation of counsel. The Court finds that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: 1/28/2009

Hon. Vaughn R. Walker
United States District Judge

**GRANTED**
Judge Vaughn R Walker

**Stip. and [Proposed] Order Continuing Hearing**
*United States v. Lipkins*, CR 09-0057 VRW          2