UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>ELISA LIPKINS,  )<br>  )<br>  Defendant.  )<br>_____) | No. CR 09-0057 VRW<br><br>[~~PROPOSED~~] **ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161, FROM JANUARY 23, 2009, TO JANUARY 29, 2009** |

With the agreement of the parties' counsel and the consent of defendant ELISA LIPKINS, the Court enters this Order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from *January 23, 2009, to January 29, 2009.* The parties appeared before United States Magistrate Judge Elizabeth D. Laporte on January 23, 2009 (*See* Minute Order, Doc. 6, filed 1/23/09). The Court found as follows and asked plaintiff's counsel to prepare a proposed order documenting the exclusion of time:

1.      The defendant agreed to an exclusion of time from January 23 until the next scheduled appearance, January 29, 2009. The Court, taking into account the exercise of diligent preparation, found that failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation in the review of discovery materials produced by the Government. The Court also found that the ends of justice served by excluding the period from January 23 to January 29 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

///

~~PROPOSED~~ ORDER EXCLUDING TIME
CR 09-0057 VRW

1  |  2.  For these reasons, the Court orders the time period from January 23, 2009,
2  |  to January 29, 2009, excluded under 18 U.S.C. §§ 3161(h)(7)(A) & (B)(iv).

5  |  DATE: __April 6, 2009__



PROPOSED ORDER EXCLUDING TIME
CR 09-0057 VRW                           2