Edward W. Swanson, SBN 159859
SWANSON McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant ELISA LIPKINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>ELISA LIPKINS,<br><br>    Defendant. | No. CR 09-0057 VRW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING SENTENCING**<br><br>Date: August 20, 2009<br>Time: 2:00 p.m.<br>Court: Hon. Vaughn R. Walker, Ctrm. 6 |

**STIPULATION**

Defendant Elisa Lipkins, by and through Edward W. Swanson, and the United States, by and through Assistant United States Attorney Nat Cousins, hereby stipulate and agree as follows:

1) Sentencing is scheduled in the above-captioned matter for August 20, 2009 at 2:00 p.m.

2) The parties request a continuance so that defense counsel may complete a psychological evaluation of Ms. Lipkins. Information about Ms. Lipkins' mental health has recently come to the attention of defense counsel from a counselor who was treating Ms. Lipkins around the time of the offense. Defense counsel believes a psychological evaluation by an expert of Ms. Lipkins would be beneficial to the Court both in determining the appropriate sentence and in fashioning conditions for supervision after sentencing. Defense counsel is concurrently filing a request for funding for the expert and asks the Court allow additional time so that the psychological evaluation may be completed. Therefore, to allow the defense to complete a

1 psychological evaluation of Ms. Lipkins, the parties agree that the sentencing hearing should be
2 continued until October 1, 2009 at 2:00 p.m.
3         IT IS SO STIPULATED.

Dated: June 29, 2009         /s/
        Edward W. Swanson
        SWANSON, McNAMARA & HALLER LLP
        Attorneys for ELISA LIPKINS

Dated: June 29, 2009         /s/
        Nat Cousins
        Assistant United States Attorney

### ORDER

PURSUANT TO STIPULATION, IT IS ORDERED that the sentencing in the above-captioned matter currently scheduled for August 20, 2009 shall be continued until October 1, 2009 at 2:00 p.m.

IT IS SO ORDERED.

Dated: 7/9/2009

GRANTED

Judge Vaughn R Walker

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Stip. and [Proposed] Order Continuing Sentencing**
*United States v. Lipkins*, CR 09-0057 VRW     2