Edward W. Swanson, SBN 159859
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant ELISA LIPKINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ELISA LIPKINS,<br><br>　　　　　　　　Defendant. | No. CR 09-0057 VRW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO RESCHEDULE**<br>**SENTENCING** |

**STIPULATION**

Defendant Elisa Lipkins, by and through Edward W. Swanson, and the United States, by and through Assistant United States Attorney Nat Cousins, hereby stipulate and agree as follows:

1)　Sentencing in this matter is scheduled in the above-captioned matter for October 1, 2009 at 2:00 p.m. The parties agree that sentencing should be rescheduled for September 17, 2009 at 2:00 p.m.

2)　Probation officer Sara Black is available on September 17.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    3)    The government also hereby notifies the Court that it may call a witness to testify at sentencing.

IT IS SO STIPULATED.

Dated: August 24, 2009

           /s/
Edward W. Swanson
SWANSON & McNAMARA LLP
Attorneys for ELISA LIPKINS

Dated: August 24, 2009

           /s/
Nat Cousins
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/2/2009

Hon. Vaughn R. Walker
United States

IT IS SO ORDERED
Judge Vaughn R Walker

**Stip. and [Proposed] Order Moving Sentencing**
*United States v. Lipkins*, CR 09-0057 VRW          2